IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01566-WYD-MEH

DANIEL HUBBARD,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2010.**

    The Motion to Quash Service or, in the Alternative, for an Extension of Time to Respond to Complaint filed by CitiMortgage, Inc. [filed July 29, 2010; docket #6] is **denied as moot**. The Court has already found that service was not effected properly on the Defendant pursuant to Fed. R. Civ. P. 4(e) or 4(h). *See* docket #5. The Plaintiff is reminded that he must comply with the federal and local rules of this Court to properly serve process and prosecute this action.