IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01566-WYD-MEH

DANIEL HUBBARD,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant,

ARGENT MORTGAGE COMPANY, LLC

    Interested Party.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Amended Complaint, filed November 29, 2010 [ECF No. 31], in which he moves for "dismissal of this case due to lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)," and states that he is "unable to go forward and moves the court to dismiss this case with prejudice." Defendant Citimortgage, Inc. and interested party Argent Mortgage Company, LLC filed responses to the motion on December 6, 2010, indicating that they do no oppose dismissal and noting that plaintiff has the right to voluntarily dismiss this case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because the opposing parties have not yet served either an answer or motion for summary judgment.  Therefore, upon consideration of the motion and the file herein, it is hereby

ORDERED that the Motion to Dismiss Amended Complaint, filed November 29, 2010 [ECF No. 31] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

Dated:  December 9, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge